AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __MASSACHUSHS__

**APPEARANCE**

Case Number: 05MJ 633

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ASIF MAHMOOD

Date: June 30th 2005

Signature: _[signed]_

Print Name: Joseph A Franco

Address: 51 Park Ave

City: W. Spfld    State: MA    Zip Code: 01077

Phone Number: (413) 737-2675