```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA  )
                          )
        v.                )     Criminal No. 05MJ633
                          )
ASIF MAHMOOD,             )
         Defendant.       )

### Motion for Detention Hearing

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because it involves (check all that apply):

    \_\_\_\_\_ Crime of violence (18 U.S.C. § 3156)

    \_\_\_\_\_ Maximum sentence of life imprisonment or death

    \_\_\_\_\_ 10 plus years drug offense

    \_\_\_\_\_ Felony, with two prior convictions in above categories

    __X__ Serious risk defendant will flee

    \_\_\_\_\_ Serious risk of obstruction of justice

2. <u>Reason for Detention</u>. The Court should detain defendant because there are no conditions of release which reasonably will assure (check on or both):

    __X__ Defendant's appearance as required

    \_\_\_\_\_ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The United State (~~will~~, will not) invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e). If "yes," the presumption applies because (check one or both):

    \_\_\_\_\_ Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C. § 924(c)

    \_\_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>. The United States requests that the Court conduct the detention hearing,

    \_\_\_\_\_ At first appearance

    __X__ After continuance of _1_ day(s) (not more than 3)

5. <u>Witnesses</u>. The United States intends to rely upon a proffer by an Assistant U.S. Attorney or the testimony of witnesses. The amount of time for the government's proffer or direct examination of witnesses is estimated to be: one-half hour.

6. <u>Other Matters</u>.

None.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY

By: _____
      Kevin O'Regan
      Assistant U.S. Attorney

Dated: June 30, 2005

2