```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                             )   CRIMINAL NO. 05-30056-MAP
                             )
                             )   VIOLATIONS:
                             )
          v.                 )   8 U.S.C. § 1325(c)
                             )   Engaging in Marriage Fraud
                             )   To Evade the Immigration Laws
                             )   (Count 1)
ASIF MAHMOOD,                )
          Defendant.         )
```

## INDICTMENT

The Grand Jury charges:

COUNT ONE:   Title 8, United States Code, Section 1325(C) -
             Engaging in Marriage Fraud to Evade the
             Immigration Laws

   1. On or about and between July 17, 2004, to the present, in Springfield, Massachusetts, and elsewhere,

                           ASIF MAHMOOD,

defendant herein, knowingly entered into a marriage for the purpose of evading the immigration laws of the United States.

   All in violation of Title 8, United States Code, Section 1325(C).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
Kevin O'Regan
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on July ~~22,~~ 21 2005.

*[signature]* 11:50
DEPUTY CLERK OF THE COURT

2

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Springfield, MA    **Category No.** 2    **Investigating Agency** ICE

**City** Springfield, MA    **Related Case Information:**

**County** Hampden

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant   X    New Defendant _____
Magistrate Judge Case Number   3:05mj00633-KPN
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Asif Mahmood    Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** pretrial detention in this case

**Birth date (Year only):** 1968   **SSN (last 4 #):** ____   **Sex** M   **Race:** ____   **Nationality:** Pakistani

**Defense Counsel if known:** Joseph Franco, Esq.    **Address:** 51 Park Avenue
**Bar Number:** _____                               West Springfield, MA 01089

**U.S. Attorney Information:**

**AUSA** Kevin O'Regan    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:** June 30, 2005

☒ Already in Federal Custody as   pretrial detainee   in   District of Massachusetts
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty    ☐ Misdemeanor    ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** July 21, 2005    **Signature of AUSA:** /s/ Kevin O'Regan

◎JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant      Asif Mahmood

|  | Index Key/Code | U.S.C. Citations<br>Description of Offense Charged | Count Number |
|---|---|---|---|
| Set 1 | 8 U.S.C. § 1325(c) | marraige fraud to evade immigration laws | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**