UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA )
                         )
                         )
            v.           )    Criminal No. 05-30056-MAP
                         )
                         )
ASIF MAHMOOD,            )
            Defendant.   )
```

## PARTIES' JOINT MEMORANDUM
## PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and counsel for Asif Mahmood, Joseph Franco, Esq., hereby file their joint memorandum pursuant to Local Rule 116.5(A):

1.    There is a need to grant relief from the otherwise applicable timing requirements imposed by L.R. 116.3. The parties are still exchanging and reviewing discovery, including Mr. Mahmood's immigration file and documents provided by third parties to Mr. Mahmood's attorney.

2.    The defendant has not requested discovery concerning expert witnesses under Fed. R. Crim. P. 16(a)(1)(E).

3.    Other than the discovery referred to above, the parties do not anticipate providing additional discovery as a result of their future receipt of information, documents, or reports of examinations or tests.

4.    The defendant will advise the Court of any need for a motion date to be established under Fed. R. Crim. P. 12(c).

5.    The parties agree that all of the time from arraignment to the date of the next status conference should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).  The parties agree that the ends of justice served by excluding this time from the Speedy Trial Act outweigh the best interest of the public and defendant in a speedy trial.  The parties agree that this Speedy Trial Act exclusion is appropriate, in part, because of the need for the both parties to review the evidence and discovery in this case.

6.    The parties do not know if a trial will be required. If necessary, a trial should take approximately one week.

7.    The parties recommend that an additional status conference be scheduled in 21 days.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

by:    _____
Kevin O'Regan
Assistant U.S. Attorney

_____
Joseph Franco, Esq.
Counsel for Asif Mahmood

Date:    September 8, 2005

2