UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-30056-MAP |
| | ) | |
| ASIF MAHMOOD, | ) | |
| Defendant | ) | |

FINAL STATUS REPORT
September 30, 2005

NEIMAN, U.S.M.J.

The court held a final status conference on September 29, 2005, and in accord with Local Criminal Rule 116.5(D) reports as follows:

1. Defendant will be filing a motion to suppress by October 7, 2005, to which the Government will respond by October 21, 2005.

2. All discovery has been completed.

3. An initial pretrial conference has been scheduled for November 4, 2005, at 2:30 p.m. in Courtroom I.

4. The parties report and the court finds that no time will have run on the Speedy Trial clock as of October 7, 2005. An Order of Excludable Delay will issue.

5. There are no other matters relevant to report.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge