UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 05-30056-MAP |
| | ) | |
| vs. | ) | MOTION TO SUPPRESS |
| | ) | STATEMENT |
| ASIF MAHMOOD, | ) | |
| Defendant | ) | |

Now comes the Defendant, and moves this Honorable Court to suppress Defendant's statement given to Immigration and Customs Enforcement agents on or around April 19, 2005, and any evidence resulting from such statement. As grounds therefor,

1) At the time of the questioning which led to the statement, Defendant was in custody for purposes of *Miranda*, and was entitled to said warnings, which were not given to him.

2) Defendant's statement was not voluntary, as Defendant was unaware of his rights, did not fully understand what was being said or read to him, and the questioning took approximately three hours under coercive circumstances.

THE DEFENDANT

By His Attorney
Joseph A. Franco, Esq.
51 Park Avenue, Suite 7
West Springfield, MA 01089
Tel: (413) 737-2675
Fax: (413) 747-1721