UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 05-30056-MAP |
| | ) | |
| vs. | ) | AFFIDAVIT OF |
| | ) | ASIF MAHMOOD |
| ASIF MAHMOOD, | ) | |
| Defendant | ) | |

1) My name is Asif Mahmood, and on April 19, 2005, I was living at 748 Alden Street, Springfield, Massachusetts. I was employed at Lenox Company in East Longmeadow, Massachusetts, and at that time, I worked the late shift from 5:00 p.m. to 5:00 a.m.

2) On April 19, 2005, I was awoken by loud knocking on my door at approximately 10:00 a.m. I was asleep because I previously finished working the late shift.

3) After opening my door, the three people, two men and one woman, immediately entered my home without first informing me as to who they were, and one of the men began searching the rooms.

4) After the search, the three people identified themselves as ICE agents. The agents told me to sit down and answer their questions, and they told me that failure to do so was a felony and that I could be arrested.

5) My primary language is Pakistani. I can speak English in minor day-to-day activities, but there are many words I cannot understand.

6) During questioning, the agents became angry with me when I asked them to slow down, repeat the questions, and to rephrase the questions. The agents began speaking loudly and with an angry tone.

7) The agents never offered me an interpreter.

8) The questioning lasted approximately three hours.

9) The agents kept telling me that I paid to get married, even after my repeated denials, and they began coming up with different numbers of how much I paid. They would not accept my answer that I did not pay to get married.

10) Throughout the questioning, I was very tired and wanted the agents to leave, as I had previously finished a 12-hour late shift at work.

11) After the questioning, an agent wrote everything on paper and read it back to me in English. I was not given a copy to read along with the agent.

12) The agents told me to sign it and not to worry, and that they were not going to arrest me.

13) I have never been in a situation such as this, and I have never had a confrontation with police in the past. I was not familiar with what was going on when the agents came into my home.

14) From the time the agents first entered my home, I did not feel that I was free to leave or to tell the agents to leave my home.

15) At the time of the questioning, I did not understand my rights in America.

_____
Asif Mahmood