UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
          v.             )    Criminal No. 05-30056-MAP
                         )
ASIF MAHMOOD,            )
          Defendant.     )

Motion to Extend Time

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the Court extend the government's time to file its response to the defendant's motion to suppress evidence until November 11, 2005.

The government's response was due to be filed on October 21, 2005. Due to other work in the U.S. Attorney's Office, the undersigned Assistant U.S. Attorney was unable to prepare the government's response by that date.

The defendant's motion to suppress will require an evidentiary hearing, which should be scheduled during the status conference with the Court today. The government will submit its memorandum prior to the evidentiary hearing and respectfully requests that the Court grant it until November 11, 2005, to do so.

ALLOWED
Michael C. Ponsor USDJ
11-4-05

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

by: ___Kevin O'Re___
Kevin O'Regan
Assistant U.S. Attorney

Date: November 4, 2005

Certificate of Service

November 4, 2005

I certify that I have caused to be served a copy of the foregoing document on Joseph Franco, Esq., counsel for Asif Mahmood.

_____
Kevin O'Regan
Assistant U.S. Attorney