UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN OFFICE

UNITED STATES OF AMERICA )
                          )
       v.           )    Criminal No. 05-30056-MAP
                          )
ASIF MAHMOOD,         )
      Defendant.    )

2005 DEC 22 P 5: 42

### Government's Supplemental Memorandum
### in Opposition to Motion to Suppress

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully submits this supplemental memorandum and the accompanying affidavit of Lenox/American Saw employee Cleveland Burton in opposition to the defendant's motion to suppress statements he made in his home to law enforcement officers on April 19, 2005. Based on the evidence introduced at the evidentiary hearing and Mr. Burton's affidavit, the motion should be denied because the defendant was neither in custody nor arrested on April 19th when he voluntarily made oral and written statements to the officers. As Mr. Burton's affidavit makes clear, Mr. Mahmood reads, writes and speaks the English language well.

The two most important issues that arose from the evidentiary hearing held by the Court on December 1, 2005, was first, whether Mr. Mahmood understands the English language and second, whether Mr. Mahmood was telling the truth when he testified that his statements to the agents on April 19, 2005, were involuntary.

Mr. Burton's affidavit makes it clear that Mr. Mahmood reads, writes and speaks English well.  Mr. Mahmood spoke with Mr. Burton on numerous occasions relating to Mr. Mahmood's job at American Saw.  In particular, Mr. Mahmood was trained on specialized protocols and procedures related to his job as a robotics operator.  In addition, Mr. Mahmood repeatedly pressed Mr. Burton for an early promotion and transfer to the Information Systems division where he could do computer related work.  To support his request Mr. Mahmood relied on his resume, which he presented to American Saw and represented as true, stating that Mr. Mahmood was a Microsoft Certified Professional Systems Engineer.  All of this interaction was in English.

Mr. Burton's conclusion that Mr. Mahmood read, wrote and spoke English well appears to have been well founded and corroborates the testimony of the ICE agents that Mr. Mahmood understood what he was doing when he made oral and written statements to them on April 19, 2005.

Mr. Burton's affidavit also demonstrates that Mr. Mahmood did not work on the night of April 18, 2005, before his interview with the agents on April 19th.  Mr. Mahmood's time records clearly demonstrate that he was not scheduled to and in fact did not work the shift preceding the interview.  This fact is relevant because Mr. Mahmood falsely told the agents that he had

been sleeping after he had worked the previous evening at American Saw.

In the end, the evidence presented at the hearing and in Mr. Burton's affidavit demonstrates that Mr. Mahmood understood what he was doing on April 19, 2005. He was not under arrest. Nor was he coerced into making a statement. Rather, he knowingly and voluntarily made the reported oral and written statements to the ICE agents that day.

## Conclusion

Because the defendant was not in custody and made knowing and voluntary oral and written statements to the ICE agents, his motion to suppress should be denied.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

by: _____
Kevin O'Regan
Assistant U.S. Attorney

Date:  December 22, 2005

## Certificate of Service

December 22, 2005

I certify that I have caused to be served a copy of the foregoing document on Joseph Franco, Esq., counsel for Asif Mahmood.

_____
Kevin O'Regan
Assistant U.S. Attorney

3

## Affidavit

I, Cleveland Burton, state as follows:

1.   I have been an employee at Lenox/American Saw for 33 years.  Currently, I am the company's Manager for Employee Relations.  In that role, I am responsible for recruiting, interviewing, orientation, enforcing company employment guidelines and resolving management and employee issues.

2.   I am familiar with former American Saw employee Asif Mahmood.  During Mr. Mahmood's recruitment, orientation and employment, I had numerous conversations with him.  In my opinion, during his employment at American Saw Mr. Mahmood spoke, read and understood English well.

3.   At American Saw, Mr. Mahmood was trained and signed off on International Standards of Operations ("ISO") procedures.  The ISO procedures are a rigorous protocol of manufacturing instructions that all employees must be trained and certified in.  Mr. Mahmood was trained and certified in American Saw's ISO procedures, all of which were written in English.  In addition, during the course of his job as a robotic operator manufacturing whole saws, Mr. Mahmood was required to refer to technical service documents, all of which were written in English.

4.   During his employment at American Saw, Mr. Mahmood frequently sought to be transferred to our Information

Systems division to do computer related work, all of which would have involved communicating in English.  Mr. Mahmood repeatedly sought an early transfer to the Information Systems division, even though American Saw typically requires employees to wait two years before being considered for such a transfer.

5.   Mr. Mahmood presented his resume to American Saw and represented it to be true.  In particular, Mr. Mahmood claimed to be a Microsoft Certified Professional Systems Engineer.  A copy of Mr. Mahmood's resume is attached hereto as Exhibit B.

6.   Also attached hereto as Exhibit A is a copy of Mr. Mahmood's time and attendance records.  They reflect that he worked at American Saw from 11/7/04 to 4/17/05, typically on a shift from 5:00pm to 5:00am.  Mr. Mahmood was not scheduled to work and in fact did not work on the overnight shift from 5:00pm on 4/18/04 to 5:00am on 4/19/05.

Cleveland Burton

Sworn to before me
on 12/22/05.

Notary Public

Amy M. Colby
Notary Public
My Commission Expires
June 5, 2009

```
Punch Detail                                                                              Pa
10/15/04 -> 12/15/05                                                                12/15/2005
```

```
=====================================================================================================
0001002945 Mahmood, Asif                    30 1321 2            FT NITE-NL
=====================================================================================================


No data from  October 15, 2004 through November 6, 2004


-----------------------------------------------------------------------------------------------------

Mahmood, Asif                     0001002945 30 1321 2
        ID IN   DV DEPT S  ACTIVITY        OUT   ID IN    DV DEPT S  ACTIVITY        OUT    TOTALS
Sun 11/07 Unscheduled
Mon 11/08  800a*U                           500p                                            9:00   9:00
Tue 11/09  800a*U                           500p                                            9:00  18:00
Wed 11/10  454a*U                           500p                                           12:06  30:06
Thu 11/11  453a*U                           500p                                           12:07  42:13
Fri 11/12  453a*U                           500a                                            0:07  42:20
Sat 11/13 Unscheduled
 - Audit Suppressed -

 Acct:TOOL,1321 HOLESAW,SECOND SHIFT
               REG:      40:00      OT:      2:20

-----------------------------------------------------------------------------------------------------

Mahmood, Asif                     0001002945 30 1321 2
        ID IN   DV DEPT S  ACTIVITY        OUT   ID IN    DV DEPT S  ACTIVITY        OUT    TOTALS
Sun 11/14  500a*U                           500p                                           12:00  12:00
Mon 11/15  457a*U                           104p   M  132p                       504p  11:39  23:39
Tue 11/16  457a*U                          1232p   M 1256p                       500p  11:39  35:18
Wed 11/17  503a*U                           106p   M  131p                       500p  11:32  46:50
Thu 11/18  458a*U                           122p   M  145p                       500p  11:39  58:29
Fri 11/19  458a*U                           148p                                            8:50  67:19
Fri 11/19  201p*U                           500p                                            2:59  70:18
Sat 11/20  501a*U                           500p                                           11:59  82:17
 - Audit Suppressed -

 Acct:TOOL,1321 HOLESAW,SECOND SHIFT
               REG:      40:00      OT:     42:17

-----------------------------------------------------------------------------------------------------

Mahmood, Asif                     0001002945 30 1321 2
        ID IN   DV DEPT S  ACTIVITY        OUT   ID IN    DV DEPT S  ACTIVITY        OUT    TOTALS
Sun 11/21 Unscheduled
Mon 11/22  458a*U                          1228p   M 1247p                       500p  11:43  11:43
Tue 11/23  459a*U                          1233p   M 1248p                       500p  11:46  23:29
Wed 11/24  458a*U                          1228p   M 1234p                       500p  11:56  35:25
Thu 11/25 Unscheduled
Fri 11/26  459a*U                          1205p   B  138p                       500p  10:28  45:53
Sat 11/27 Unscheduled
 - Audit Suppressed -

 Acct:TOOL,1321 HOLESAW,SECOND SHIFT
               REG:      40:00      OT:      5:53

-----------------------------------------------------------------------------------------------------

Mahmood, Asif                     0001002945 30 1321 2
        ID IN   DV DEPT S  ACTIVITY        OUT   ID IN    DV DEPT S  ACTIVITY        OUT    TOTALS
Sun 11/28 Unscheduled
Mon 11/29 Unscheduled
Tue 11/30  459a                             106p   M  121p                       500p  11:45  11:45
Wed 12/01  459a                             102p   M  122p                       500p  11:40  23:25
Thu 12/02  459a                            1255p   M  113p                       500p  11:42  35:07
Fri 12/03  500a                            1210p   B  137p                       500p  10:33  45:40
Sat 12/04 Unscheduled
 - Audit Suppressed -

 Acct:TOOL,1321 HOLESAW,SECOND SHIFT
               REG:      40:00      OT:      5:40

-----------------------------------------------------------------------------------------------------

Mahmood, Asif                     0001002945 30 1321 2
        ID IN   DV DEPT S  ACTIVITY        OUT   ID IN    DV DEPT S  ACTIVITY        OUT    TOTALS
Sun 12/05 Unscheduled
Mon 12/06 Unscheduled
Tue 12/07  458p                             500a                                           12:00  12:00
Wed 12/08  459p                             500a                                           12:00  24:00
Thu 12/09  500p                             500a                                           12:00  36:00
```

GOVERNMENT EXHIBIT A

*Punch Detail*
*10/15/04 -> 12/15/05*

```
Fri 12/10  459p                       500a                                    12:00   48:00
Sat 12/11  458p*U                     500a                                    12:02   60:02
 - Audit Suppressed -

 Acct:TOOL,1321 HOLESAW,SECOND SHIFT
                    REG:      40:00        OT:      20:02


-------------------------------------------------------------------------------------------

Mahmood, Asif                  0001002945 30 1321 2
       ID IN   DV DEPT S  ACTIVITY        OUT   ID IN   DV DEPT S  ACTIVITY        OUT    TOTALS
Sun 12/12 Unscheduled
Mon 12/13  751a*U                     300p                                     7:09    7:09
Tue 12/14  458p                       503a                                    12:00   19:09
Wed 12/15  500p                       500a                                    12:00   31:09
Thu 12/16  502p*L                     500a                                    12:00   43:09
Fri 12/17  500p                       500a                                    12:00   55:09
Sat 12/18  458p*U                     500a                                    12:02   67:11
 - Audit Suppressed -

 Acct:TOOL,1321 HOLESAW,SECOND SHIFT
                    REG:      40:00        OT:      27:11


-------------------------------------------------------------------------------------------

Mahmood, Asif                  0001002945 30 1321 2
       ID IN   DV DEPT S  ACTIVITY        OUT   ID IN   DV DEPT S  ACTIVITY        OUT    TOTALS
Sun 12/19  457p*U                     545p                                     0:48    0:48
Mon 12/20 Unscheduled
Tue 12/21  458p                       500a                                    12:00   12:48
Wed 12/22  454p                       500a                                    12:00   24:48
Thu 12/23 1200p*U                     200p                                     2:00   26:48
Fri 12/24 Unscheduled
Sat 12/25 Unscheduled
 - Audit Suppressed -

 Acct:TOOL,1321 HOLESAW,SECOND SHIFT
                    REG:      26:48


-------------------------------------------------------------------------------------------

Mahmood, Asif                  0001002945 30 1321 2
       ID IN   DV DEPT S  ACTIVITY        OUT   ID IN   DV DEPT S  ACTIVITY        OUT    TOTALS
Sun 12/26  453p*U                     600p                                     1:07    1:07
Mon 12/27  457p*U                     823p                                     3:26    4:33
Tue 12/28  453p                       500a                                    12:00   16:33
Wed 12/29  459p                       500a                                    12:00   28:33
Thu 12/30  455p                       500a                                    12:00   40:33
Fri 12/31 Unscheduled
Sat 01/01 Unscheduled
 - Audit Suppressed -

 Acct:TOOL,1321 HOLESAW,SECOND SHIFT
                    REG:      40:00        OT:       0:33


-------------------------------------------------------------------------------------------

Mahmood, Asif                  0001002945 30 1321 2
       ID IN   DV DEPT S  ACTIVITY        OUT   ID IN   DV DEPT S  ACTIVITY        OUT    TOTALS
Sun 01/02 Unscheduled
Mon 01/03 Unscheduled
Tue 01/04  454p                       500a                                    12:00   12:00
Wed 01/05  455p                       501a                                    12:00   24:00
Thu 01/06  515p+L                     500a                                    11:45   35:45
Fri 01/07  458p                       500a                                    12:00   47:45
Sat 01/08  458p*U                     500a                                    12:02   59:47
 - Audit Suppressed -

 Acct:TOOL,1321 HOLESAW,SECOND SHIFT
                    REG:      40:00        OT:      19:47


-------------------------------------------------------------------------------------------

Mahmood, Asif                  0001002945 30 1321 2
       ID IN   DV DEPT S  ACTIVITY        OUT   ID IN   DV DEPT S  ACTIVITY        OUT    TOTALS
Sun 01/09 Unscheduled
Mon 01/10 Unscheduled
Tue 01/11  455p                       503a                                    12:00   12:00
Wed 01/12  458p                       500a                                    12:00   24:00
Thu 01/13  501p*U                     500a                                    11:59   35:59
Fri 01/14  458p                       500a                                    12:00   47:59
Sat 01/15 Unscheduled
```

```
 - Audit Suppressed -

 Acct:TOOL,1321 HOLESAW,SECOND SHIFT
                       REG:      40:00      OT:       7:59


---------------------------------------------------------------------------------------------


 Mahmood, Asif                    0001002945 30 1321 2
         ID IN    DV DEPT S  ACTIVITY        OUT     ID IN   DV DEPT S  ACTIVITY      OUT     TOTALS
 Sun 01/16 Unscheduled
 Mon 01/17 Unscheduled
 Tue 01/18  457p                             501a                                            12:00     12:00
 Wed 01/19  453p                             502a                                            12:00     24:00
 Thu 01/20  457p                             500a                                            12:00     36:00
 Fri 01/21  500p                             500a                                            12:00     48:00
 Sat 01/22 Unscheduled
 - Audit Suppressed -

 Acct:TOOL,1321 HOLESAW,SECOND SHIFT
                       REG:      40:00      OT:       8:00


---------------------------------------------------------------------------------------------


 Mahmood, Asif                    0001002945 30 1321 2
         ID IN    DV DEPT S  ACTIVITY        OUT     ID IN   DV DEPT S  ACTIVITY      OUT     TOTALS
 Sun 01/23 Unscheduled
 Mon 01/24 Unscheduled
 Tue 01/25  455p                             501a                                            12:00     12:00
 Wed 01/26  459p                             500a                                            12:00     24:00
 Thu 01/27  453p                             503a                                            12:00     36:00
 Fri 01/28  501p*L                           502a                                            12:00     48:00
 Sat 01/29  500p*U                           500a                                            12:00     60:00
 - Audit Suppressed -

 Acct:TOOL,1321 HOLESAW,SECOND SHIFT
                       REG:      40:00      OT:      20:00


---------------------------------------------------------------------------------------------


 Mahmood, Asif                    0001002945 30 1321 2
         ID IN    DV DEPT S  ACTIVITY        OUT     ID IN   DV DEPT S  ACTIVITY      OUT     TOTALS
 Sun 01/30 Unscheduled
 Mon 01/31 Unscheduled
 Tue 02/01  459p                             501a                                            12:00     12:00
 Wed 02/02  459p                             501a                                            12:00     24:00
 Thu 02/03  500p*U                           502a                                            12:02     36:02
 Fri 02/04  456p                             500a                                            12:00     48:02
 Sat 02/05 Unscheduled
 - Audit Suppressed -

 Acct:TOOL,1321 HOLESAW,SECOND SHIFT
                       REG:      40:00      OT:       8:02


---------------------------------------------------------------------------------------------


 Mahmood, Asif                    0001002945 30 1321 2
         ID IN    DV DEPT S  ACTIVITY        OUT     ID IN   DV DEPT S  ACTIVITY      OUT     TOTALS
 Sun 02/06 Unscheduled
 Mon 02/07 Unscheduled
 Tue 02/08  456p                             500a                                            12:00     12:00
 Wed 02/09  457p                             500a                                            12:00     24:00
 Thu 02/10  459p                             500a                                            12:00     36:00
 Fri 02/11  458p                             500a                                            12:00     48:00
 Sat 02/12  457p*U                           500a                                            12:03     60:03
 - Audit Suppressed -

 Acct:TOOL,1321 HOLESAW,SECOND SHIFT
                       REG:      40:00      OT:      20:03


---------------------------------------------------------------------------------------------


 Mahmood, Asif                    0001002945 30 1321 2
         ID IN    DV DEPT S  ACTIVITY        OUT     ID IN   DV DEPT S  ACTIVITY      OUT     TOTALS
 Sun 02/13 Unscheduled
 Mon 02/14 Unscheduled
 Tue 02/15  457p                             500a                                            12:00     12:00
 Wed 02/16  500p                             502a                                            12:00     24:00
 Thu 02/17  454p                             500a                                            12:00     36:00
 Fri 02/18  459p                             502a                                            12:00     48:00
 Sat 02/19  454p*U                           500a                                            12:06     60:06
 - Audit Suppressed -
```

```
Acct:TOOL,1321 HOLESAW,SECOND SHIFT
                    REG:      40:00        OT:       20:06


-------------------------------------------------------------------------------------------------------------------------

Mahmood, Asif                      0001002945 30 1321 2
        ID IN    DV DEPT S  ACTIVITY        OUT    ID IN    DV DEPT S  ACTIVITY        OUT       TOTALS
Sun 02/20 Unscheduled
Mon 02/21 Unscheduled
Tue 02/22  456p                             500a                                                12:00    12:00
Wed 02/23  457p                             500a                                                12:00    24:00
Thu 02/24  458p*U                           503a                                                12:05    36:05
Fri 02/25  458p                             500a                                                12:00    48:05
Sat 02/26  456p*U                           500a                                                12:04    60:09
 - Audit Suppressed -


Acct:TOOL,1321 HOLESAW,SECOND SHIFT
                    REG:      40:00        OT:       20:09


-------------------------------------------------------------------------------------------------------------------------

Mahmood, Asif                      0001002945 30 1321 2
        ID IN    DV DEPT S  ACTIVITY        OUT    ID IN    DV DEPT S  ACTIVITY        OUT       TOTALS
Sun 02/27  454p*U                           500a                                                12:06    12:06
Mon 02/28 Unscheduled
Tue 03/01  506p*L                           501a                                                12:00    24:06
Wed 03/02  454p                             501a                                                12:00    36:06
Thu 03/03  458p                             503a                                                12:00    48:06
Fri 03/04  458p                             505a                                                12:00    60:06
Sat 03/05 Unscheduled
 - Audit Suppressed -


Acct:TOOL,1321 HOLESAW,SECOND SHIFT
                    REG:      40:00        OT:       20:06


-------------------------------------------------------------------------------------------------------------------------

Mahmood, Asif                      0001002945 30 1321 2
        ID IN    DV DEPT S  ACTIVITY        OUT    ID IN    DV DEPT S  ACTIVITY        OUT       TOTALS
Sun 03/06  453p*U                           500a                                                12:07    12:07
Mon 03/07 Unscheduled
Tue 03/08  513p*L                           500a                                                11:45    23:52
Tue 03/08  513p AA+N                                                                             0:13
Wed 03/09  459p                             500a                                                12:00    35:52
Thu 03/10  457p                             500a                                                12:00    47:52
Fri 03/11  458p                             500a                                                12:00    59:52
Sat 03/12  500p*U                           500a                                                12:00    71:52
 - Audit Suppressed -

Acct:TOOL,1321 HOLESAW,SECOND SHIFT
                    REG:      40:00        OT:       31:52        AA:        0:13


-------------------------------------------------------------------------------------------------------------------------

Mahmood, Asif                      0001002945 30 1321 2
        ID IN    DV DEPT S  ACTIVITY        OUT    ID IN    DV DEPT S  ACTIVITY        OUT       TOTALS
Sun 03/13  501p*U                           502a                                                12:01    12:01
Mon 03/14 Unscheduled
Tue 03/15  507p*L                           500a                                                12:00    24:01
Wed 03/16  458p                             500a                                                12:00    36:01
Thu 03/17  456p                             500a                                                12:00    48:01
Fri 03/18  457p                             500a                                                12:00    60:01
Sat 03/19  500p*U                           500a                                                12:00    72:01
 - Audit Suppressed -

Acct:TOOL,1321 HOLESAW,SECOND SHIFT
                    REG:      40:00        OT:       32:01


-------------------------------------------------------------------------------------------------------------------------

Mahmood, Asif                      0001002945 30 1321 2
        ID IN    DV DEPT S  ACTIVITY        OUT    ID IN    DV DEPT S  ACTIVITY        OUT       TOTALS
Sun 03/20  453p*U                           500a                                                12:07    12:07
Mon 03/21  458p*U                           500a                                                12:02    24:09
Tue 03/22  459p                             500a                                                12:00    36:09
Wed 03/23  500p AA+N                                                                             8:00
Thu 03/24  455p                             500a                                                12:00    48:09
Fri 03/25  420p HOL                                                                             8:00
Fri 03/25  457p                             500a                                                12:00    60:09
Sat 03/26  456p*U                           500a                                                12:04    72:13
 - Audit Suppressed -
```

```
Acct:TOOL,1321 HOLESAW,SECOND SHIFT
                     REG:      32:00      OT:      40:13      HOL:       8:00
                     AA:        8:00
```

-------------------------------------------------------------------------------------------

```
Mahmood, Asif                    0001002945 30 1321 2
         ID IN   DV DEPT S  ACTIVITY      OUT    ID IN   DV DEPT S  ACTIVITY      OUT     TOTALS
Sun 03/27 Unscheduled
Mon 03/28 Unscheduled
Tue 03/29  456p                             500a                                        12:00    12:00
Wed 03/30  457p                             500a                                        12:00    24:00
Thu 03/31  457p                             500a                                        12:00    36:00
Fri 04/01  454p                             502a                                        12:00    48:00
Sat 04/02 Unscheduled
 - Audit Suppressed -

Acct:TOOL,1321 HOLESAW,SECOND SHIFT
                     REG:      40:00      OT:       8:00
```

-------------------------------------------------------------------------------------------

```
Mahmood, Asif                    0001002945 30 1321 2
         ID IN   DV DEPT S  ACTIVITY      OUT    ID IN   DV DEPT S  ACTIVITY      OUT     TOTALS
Sun 04/03 Unscheduled
Mon 04/04 Unscheduled
Tue 04/05  455p                             500a                                        12:00    12:00
Wed 04/06  457p                             500a                                        12:00    24:00
Thu 04/07  459p                             500a                                        12:00    36:00
Fri 04/08  458p                             500a                                        12:00    48:00
Sat 04/09 Unscheduled
 - Audit Suppressed -

Acct:TOOL,1321 HOLESAW,SECOND SHIFT
                     REG:      40:00      OT:       8:00
```

-------------------------------------------------------------------------------------------

```
Mahmood, Asif                    0001002945 30 1321 2
         ID IN   DV DEPT S  ACTIVITY      OUT    ID IN   DV DEPT S  ACTIVITY      OUT     TOTALS
Sun 04/10 Unscheduled
Mon 04/11 Unscheduled
Tue 04/12  456p                             500a                                        12:00    12:00
Wed 04/13  458p                             500a                                        12:00    24:00
Thu 04/14  458p                             500a                                        12:00    36:00
Fri 04/15  458p                             500a                                        12:00    48:00
Sat 04/16  457p*U                           500a                                        12:03    60:03
 - Audit Suppressed -

Acct:TOOL,1321 HOLESAW,SECOND SHIFT
                     REG:      40:00      OT:      20:03
```

-------------------------------------------------------------------------------------------

```
Mahmood, Asif                    0001002945 30 1321 2
         ID IN   DV DEPT S  ACTIVITY      OUT    ID IN   DV DEPT S  ACTIVITY      OUT     TOTALS
Sun 04/17  457p*U                           500a                                        12:03    12:03
Mon 04/18 Unscheduled
Tue 04/19  500p UA-PTO                                                                   10:00
Wed 04/20  500p UA-PTO                                                                   10:00
Thu 04/21  500p X                                                                        10:00
Fri 04/22  500p X                                                                        10:00
Sat 04/23 Unscheduled
 - Audit Suppressed -

Acct:TOOL,1321 HOLESAW,SECOND SHIFT
                     REG:      12:03      UA-PTO:   20:00       X:      20:00
```

-------------------------------------------------------------------------------------------

```
Mahmood, Asif                    0001002945 30 1321 2
         ID IN   DV DEPT S  ACTIVITY      OUT    ID IN   DV DEPT S  ACTIVITY      OUT     TOTALS
Sun 04/24 Unscheduled
Mon 04/25 Unscheduled
Tue 04/26  500a AA                                                                       10:00
Wed 04/27  500p AA                                                                       10:00
Thu 04/28  500p AA                                                                       10:00
Fri 04/29  500a AA                                                                       10:00
Sat 04/30 Unscheduled
 - Audit Suppressed -

Acct:TOOL,1321 HOLESAW,SECOND SHIFT
```

```
                        AA:       40:00

No data from  May 1, 2005 through December 15, 2005


------------------------------------------------------------------------------------------------ --------
Employee totals:
 Acct:TOOL,1321 HOLESAW,SECOND SHIFT      REG:    910:51       OT:    388:16
                            AA:    48:13   HOL:      8:00   UA-PTO:    20:00
                             X:    20:00

 Totals:                    REG:   910:51       OT:    388:16       AA:    48:13
                            HOL:     8:00   UA-PTO:    20:00        X:    20:00
```



# Asif Mahmood
# (413) 796 9058

**Objective:**

I would like an opportunity to utilize my NT4.0/Win 2000 and Unix networking skills.

**Summary:**

Over three years of experience in Sun Solaris and NT system installation, configuration, troubleshooting, and network integration. Proficient in remote and on site deployment of Solaris, NT, Win 9x and Win 2000, account creation and management, DNS, DHCP, TCP/IP, IPX/SPX, NFS, NIS, NIS+, Shell scripts, patches installation, check points, diagnosing crashes involved in identifying system performance bottle necks, planning solutions to improve performance, setting up send mail, printing administration, disk and database management, configuration of Outlook and mail boxes, back up and restoration, and system security.

Worked on projects, which involved LANs designing, set up of MDFs, IDFs, setup of server rooms, cable runs, patch mounting, installation and configuration of servers, CISCO routers, switches and hubs, configuration of access-lists on desired interfaces, administration of all OSI model layers, subnetting, protocol configuration including TCP/IP, IPX/SPX, RIP, IGRP, EIGRP, OSPF, BGP etc, configuration of stub networks, security policies, basic fire walls, account management, and broadcast and collision reduction strategies.

**ERTIFICATICONS**
**Microsoft Certified Professional with:-**
- TCP/IP 4.0
- Windows NT Server 4.0 in Enterprise
- Windows NT Server 4.0
- Windows NT Workstation 4.0
- Networking Essentials
- M/S Proxy Server 2.0

**A+ Certification**

**TRAININGS**
- Solaris 2.7 part I & II
- Introduction to Cisco Networking Devices
- Linux Red Hat 6.2



**Computer Skills**

Hardware:    Sun range of workstations and servers, IBM compatible desktops and servers, CISCO routers, switches, hubs, cables, server room cabinets, patches, printers and other peripherals assembly, installation, and upgrades.

Operating Systems: SUN OS, Solaris 2.x (up to 8), Win 9x, NT, 2000, MS DOS, LINUX, and Cisco IOS (up to 12.0) installation, upgrades and patches additions.

MS Office Products: Word, Excel, Outlook, Access, and PowerPoint.

Networking Protocols: TCP/IP, IPX/SPX, DNS, DHCP, FTP, TFTP, Telnet, ISDN, DSL, Frame Relay, Ethernet, IEEE 802.3, IEEE 802.5, Token Ring, NFS, NIS, RAID, ATM, SMTP, SNMP, HTTP, BootP, RPC, ASP,  HDLC and PPP.

**Professional Experience:**
**Bright Scope, Inc.**          **Feb 2001 – Apr 2002**
**X-Networks.**

Project (Canvas Project) involves planning, implementation and configuration of a Win NT and Unix integrated network with Cisco routers and switches, fiber optic as backbone and Cat 5 (10 base T) for Ethernet environment. Duties include the following:
- Deployment of Win NT and Solaris using onsite and remote strategies.
- Design and implementation of MDFs and IDFs.
- Routers and switches installation and configuration.
- Cable runs and patch mounting.
- User account creation and management.
- Installation and configuration of network protocols including TCP/IP.
- Addition and modification of software package.
- Security establishment by password policies and access-lists.
- Management of disk space.
- Creation and management of database using access and spreadsheets.
- Planning and deploying backup and restoration policies to deal unexpected disasters.
- Network printer installation.
- All hardware and software troubleshooting.

**SHE Trading Co.**                              **June 1998 – July 2000**
**System Administrator**

- The position involved support for users on Solaris 2.5 and 2.6 workstations
- Installed new operating system on Sun machines
- Setting up network printer
- Written Shell scripts for central repository maintenance
- Setting up new user accounts and perform disk management
- Unix system maintenance; kernel patches installation
- Adding CPU, memory, disks to Sparc 5 and Sparc 20 machines
- Working knowledge of NFS, NIS and DNS

**Windows:**

- Administered daily operations of all network operating systems
- Installed, configured and troubleshot Windows NT Servers and Workstations (i.e. Windows NT 4.0, Windows 95/98)
- Installed and administered Index Stock Imagery's contact database; Maximizer Enterprise and MaxExchange 5.0
- Installed and configured network printers (Hewlett Packard and Sharp)
- Created and managed user accounts and set proper access level/permissions
- Created and administered logon scripts for local and regional branches
- Deployed and administered Office 97 Suites
- Troubleshoot network connectivity problems within TCP/IP protocol

- Configured PDC, BDC, DNS, DHCP, WINS servers
- Installed Oracle 7.0, NT4.0 workstations and servers

**Education:**
- Master Degree in Computer Science
- Bachelor Degree in Math, Statistics, Economics

**References:**
References are available on demand.