UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNTIED STATES OF AMERICA, ) | Case Number 05-30056-MAP |
| ) | |
| v. ) | |
| ) | |
| ASIF MAHMOOD, ) | |
|    Defendant ) | |

## DEFENDANT'S OPPOSITION TO GOVERNMENT'S SUBMISSION OF AFFIDAVITS AND EXHIBITS

Now comes the Defendant, Asif Mahmood, and enters his objection to the Government's attempt to circumvent the rules of evidence and submit an affidavit of Cleveland Burton from American Saw.

A.  The Government is attempting to put in substantive evidence without giving the Defendant the opportunity to cross examine and test the basis.

B.  The basis of knowledge for the contention that Mr. Mahmood had not worked on April 18, 2004 is without foundation.

C.  The extent to which Mr. Mahmood spoke English was a subject for cross examination. The Defendant does not contend that he speaks no English, only that he has a more difficult time understanding English and, as such, things need to be repeated, spoken slowlyby and presented to him in a more detailed fashion. The form, purpose and manner in which the affidavit is submitted is inconsistent with the Defendant's right to have a hearing on his motion to suppress.

D.  There is no basis in the form of the affidavit as to the reasons why it was not presented at hearing and, as such, there is no basis for this Court to allow its introduction at this time. The Defendant would be severely prejudiced if this affidavit is left untested and allowed to go into evidence on substantive issues for which his right of confrontation have been circumvented.

Therefore, Defendant would respectfully request that this Honorable Court strike the Government's affidavit.

THE DEFENDANT

By His Attorney
Joseph A. Franco, Esq.
BBO# 543038
51 Park Avenue, Suite 7
West Springfield, MA 01089
Tel: (413) 737-2675
Fax: (413) 747-1721