UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| v.   ) | 05-CR-30056-MAP |
| ) | |
| ASIF MAHMOOD,   ) | |
| Defendant   ) | |

ORDER REGARDING
DEFENDANT'S MOTION TO SUPPRESS
(Docket No. 15)

January 26, 2006

PONSOR, U.S.D.J.

On December 1, 2005, counsel appeared for an evidentiary hearing on Defendant's Motion to Suppress statements given by him to law enforcement agents on April 19, 2005. Supplemental submissions were thereafter made on December 21, 22, and 23, 2005.

Because the evidence at the hearing demonstrated that the statements made by Defendant to the agents were not voluntary, the Motion to Suppress is hereby ALLOWED. The purpose of this brief memorandum is to put counsel on notice of the court's ruling; a memorandum setting forth the court's reasoning will issue shortly.

The clerk is ordered to set this case for a status

conference.

   It is So Ordered.

                              _____
                              MICHAEL A. PONSOR
                              U. S. District Judge