UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ASIF MAHMOOD                              CASE NO. CR 05-30056-MAP

NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been SET for A STATUS CONFERENCE on 2/13/2006 at 2:00 P.M. before Michael A. Ponsor, U.S. D.J In Courtroom # __1__ on the __5th__ floor.

SARAH THORNTON
CLERK OF COURT

__1/26/06__                                By: /s/ Elizabeth A. French
  Date                                     Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                [kntchrgcnf.]
                                              [ntchrgcnf.]