```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
       v.                     )    Criminal No. 05-30056-MAP
                              )
ASIF MAHMOOD,                 )
       Defendant.             )
```

## Government's Motion for an Order of Excludable Delay

(Assented To)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the Court enter an order of excludable delay in this case from February 13, 2006, to March 14, 2006.

The motion for excludable delay is appropriate because the Court has ruled that certain statements made by the defendant should be suppressed. The government is considering whether to appeal the Court's order and, if it does not, whether it can still proceed in its prosecution of Mr. Mahmood. This process should take approximately thirty days. It is possible that at the end of thirty days the government will move to dismiss the indictment against Mr. Mahmood.

In light of these events, the government and the defendant agree that it is in the best interests of the parties, the Court and the public that this period of time be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A).

Mr. Mahmood's attorney, Joseph Franco, Esq., assents to this motion.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

      By:  /s/ Kevin O'Regan
          Kevin O'Regan
          Assistant U.S. Attorney

Date:  February 13, 2006

### Certificate of Service

February 13, 2006

I certify that I have served a copy of the foregoing by mail on Joseph Franco, Esq.

          /s/ Kevin O'Regan
          Kevin O'Regan
          Assistant U.S. Attorney