UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNTIED STATES OF AMERICA, ) | Case Number 05.30056-MAP |
| ) | |
| v. ) | |
| ) | |
| ASIF MAHMOOD, ) | |
| Defendant ) | |

### DEFENDANT'S MOTION FOR FUNDS TO TRANSCRIBE HEARING TAPE

Now comes the Defendant, Asif Mahmood, and asks this Court for funds not to exceed $400.00 to transcribe the audiotape of the related immigration hearings in this matter. In support of this motion the Defendant submits his affidavit herewith.

THE DEFENDANT

*Denied without prejudice.*
*Michael A. Ponsor USDJ*
*2-13-06*

By His Attorney
Joseph A. Franco, Esq.
BBO# 543038
51 Park Avenue, Suite 7
West Springfield, MA 01089
Tel: (413) 737-2675
Fax: (413) 747-1721

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA, | ) | Case Number 05.30056-MAP |
| | ) | |
| v. | ) | |
| | ) | |
| ASIF MAHMOOD, | ) | |
| Defendant | ) | |

**AFFIDAVIT IN SUPPORT OF DEFENDANT'S MOTION
FOR FUNDS TO TRANSCRIBE HEARING TAPE**

Now comes Joseph A. Franco and states that he has personal knowledge of the facts contained herein and makes oath that they are true.

1. I, Joseph A. Franco, am a duly authorized and practicing attorney in the Commonwealth of Massachusetts admitted to practice before the Federal District Court.

2. I have been appointed to represent the Defendant in the above entitled matter.

3. I am in need of the transcript of the immigration hearings in this matter in order to prepare a proper defense in this matter.

4. The Defendant has been declared partially indigent, is presently incarcerated and without funds to pay for the transcript.

5. But for that indigency a transcript of the hearings would be obtained.

6. The funds requested are minimal.

7. Justice dictates that this motion be allowed.

Signed under the pain and penalty of perjury this 13th day of February, 2006.

_____
Joseph A. Franco, Esq.