UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA, | ) | Case Number 05.30056-MAP |
| | ) | |
| v. | ) | |
| | ) | |
| ASIF MAHMOOD, | ) | |
| Defendant | ) | |

### DEFENDANT'S MOTION FOR FUNDS FOR CONSULTATION

Now comes the Defendant, Asif Mahmood, and asks this Court for funds to consult with Attorney Susan Degrave, a specialist in immigration law for a time not to exceed seven hours. In support of this motion the Defendant submits his affidavit herewith.

THE DEFENDANT

*Allowed to a limit of $300.00. without prejudice to a further submission if needed. So ordered.*

*Michael A. Ponsor USDJ*
*2-13-06*

By His Attorney
Joseph A. Franco, Esq.
BBO# 543038
51 Park Avenue, Suite 7
West Springfield, MA 01089
Tel: (413) 737-2675
Fax: (413) 747-1721

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA, | ) | Case Number 05.30056-MAP |
| | ) | |
| v. | ) | |
| | ) | |
| ASIF MAHMOOD, | ) | |
| Defendant | ) | |

## AFFIDAVIT IN SUPPORT OF DEFENDANT'S MOTION
## FOR FUNDS FOR CONSULTATION

Now comes Joseph A. Franco and states that he has personal knowledge of the facts contained herein and makes oath that they are true.

1. I, Joseph A. Franco, am a duly authorized and practicing attorney in the Commonwealth of Massachusetts admitted to practice before the Federal District Court.

2. I have been appointed to represent the Defendant in the above entitled matter.

3. I have reviewed the file for the immigration proceedings and there are certain practices and procedures that took place in the immigration court with which I am not familiar.

4. If I were to familiarize myself with these practices and proceedings it would take me a great number of hours.

5. I know that Attorney Susan Degrave is a specialist in the area of Immigration Law.

6. In the past funds have been approved for her by other attorneys to assist in consulting with these attorneys.

7. The Court has allowed funds in the amount of $150.00 per hour in the past.

8. I met with Attorney Degrave on February 11, 2006 for two hours to review the file and to familiarize myself with the forms, procedures and relevant law.

9. To prepare for trial I may need further consultation with Attorney Degrave. That further consultation, if needed, will not exceed five more hours.

10. I am asking that this motion be allowed *nunc pro tunc* from February 11, 2006.

11. The funds requested are minimal, reasonable and necessary for defense of this matter.

12. Justice dictates that this motion be allowed.

Signed under the pain and penalty of perjury this 13th day of February, 2006.

_____
Joseph A. Franco, Esq.