UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 05-30056-MAP |
| ) | |
| **ASIF MAHMOOD,** ) | |
|     Defendant ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the January 26, 2006, Order of the district court (Ponsor, J) granting the defendant Asif Mahmood's Motion to Suppress and suppressing evidence in the case (entered on the docket on January 26, 2006).

    Respectfully submitted,

    MICHAEL J. LOUCKS
    Acting United States Attorney


By:   /s/ Kevin O'Regan
       Kevin O'Regan
       Assistant U.S. Attorney

Certificate of Service

February 24, 2006

    I, Kevin O'Regan, hereby certify that I have caused a copy of this notice to be served by first-class mail on Joseph Franco, Esq., 51 Park Avenue, Suite 7, West Springfield, MA 01089.

    /s/ Kevin O'Regan
    Kevin O'Regan
    Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 05-30056-MAP |
| ) | |
| ASIF MAHMOOD,    ) | |
| Defendant    ) | |

### CERTIFICATION

The government has filed a notice of appeal of the district court's January 26, 2006, Order of the district court (Ponsor, J.) granting the defendant Asif Mahmood's Motion to Suppress and suppressing evidence in the case (entered on the docket on January 26, 2006). Pursuant to 18 U.S.C. §3731, the United States Attorney hereby certifies to the district court that the appeal is not taken for the purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

Respectfully submitted,

MICHAEL K. LOUCKS
Acting United States Attorney

February 24, 2006

1