UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA, | ) | Case Number 05-30056-MAP |
| | ) | |
| v. | ) | |
| | ) | |
| ASIF MAHMOOD, | ) | |
| Defendant | ) | |

### DEFENDANT'S MOTION TO CONTINUE PRETRIAL CONFERENCE

Now comes the Defendant, Asif Mahmood, and asks this Court to continue the pretrial conference presently scheduled for March 14, 2006 to a date convenient for the Court. As grounds therefor, counsel states that he is required to be present in Boston before the Honorable Mark L. Wolf in the matter of United States v. Cesar Cruz, Docket Number 05-30042-MAP and will not be available in Springfield on that date.

THE DEFENDANT

_____
By His Attorney
Joseph A. Franco, Esq.
BBO# 543038
51 Park Avenue, Suite 7
West Springfield, MA 01089
Tel: (413) 737-2675
Fax: (413) 747-1721