UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )   Criminal No. 05-30056-MAP
                            )
ASIF MAHMOOD,               )
        Defendant.          )

<u>Government's Status Report</u>

(Assented To)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits the following report on the status of this case.

1.  The government has filed a protective notice of appeal with respect to the Court's suppression of evidence.

2.  There has not been a final decision as to whether the government will complete the appeal or discontinue this prosecution. The decision as to whether to complete the appeal ultimately must be made by the Solicitor General's Office.

3.  The government expects to have either a final answer within thirty days or be able to give the Court a more detailed report on the status of the decision making process.

4.  The government respectfully requests that the Court permit the government an additional thirty days to finalize its decision. It is possible that at the end of thirty days the government will move to dismiss the indictment against Mr. Mahmood.

5.  This delay should not prejudice Mr. Mahmood because he is being held in the custody of the United States Marshals

Service. If he were to be released from the Marshals' custody, Mr. Mahmood would be detained in the custody of the Bureau of Immigration and Customs Enforcement ("ICE").

6. Mr. Mahmood's attorney, Joseph Franco, Esq., assents to this request for an additional thirty days.

7. The government also requests that the Court enter an order of excludable delay from March 14, 2006, until May 24, 2006. In light of the possibility that the government may dismiss this case, it is in the best interests of the parties, the Court and the public that this period of time be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Kevin O'Regan
Kevin O'Regan
Assistant U.S. Attorney

Date: April 24, 2006

Certificate of Service

April 24, 2006

I certify that I have served a copy of the foregoing by mail on Joseph Franco, Esq.

/s/ Kevin O'Regan
Kevin O'Regan
Assistant U.S. Attorney