## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number :  05cr30056-MAP

UNITED STATES OF AMERICA

v.

ASIF MAHMOOD

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1,3-33

and contained in Volume(s)  I  are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on   February 24, 2006..

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 17, 2006.

Sarah A Thornton, Clerk of Court

By:    /s/ John C. Stuckenbruck
       Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:    _____

O:\ClerksCertificate-COA.frm- 3/06

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number :  05cr30056-MAP

UNITED STATES OF AMERICA

v.

ASIF MAHMOOD

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1,3-33

and contained in Volume(s)  I  are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on   February 24, 2006..

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 17, 2006.

Sarah A Thornton, Clerk of Court

By:    /s/ John C. Stuckenbruck
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

O:\ClerksCertificate-COA.frm- 3/06