UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 MAY 26 A 9: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

USDC Docket Number : 05cr30056-MAP

UNITED STATES OF AMERICA

v.

ASIF MAHMOOD

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1,3-33

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on February 24, 2006..

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 17, 2006.

Sarah A Thornton, Clerk of Court

By:   /s/ John C. Stuckenbruck
      Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/24/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:   06-1820

O:\ClerksCertificate-COA.frm- 3/06