UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                               )<br>)<br>ASIF MAHMOOD,              )<br>        Defendant.           ) | Criminal No. 05-30056-MAP |

Government's Status Report Re: Interlocutory Appeal

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully submits this status report concerning its interlocutory appeal of the Court's January 26, 2006, order suppressing statements made by Mr. Mahmood to special agents of the Bureau of Immigration and Customs Enforcement on April 19, 2005.

The U.S. Attorney's Office has been notified that the Solicitor General has decided not to authorize the appeal of the Court's January 26, 2006, order. As a result, the government will withdraw its appeal.

The government requests that the Court schedule a status conference to determine whether the case against Mr. Mahmood will proceed without evidence of his statements to the ICE agents.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

by:   /s/ Kevin O'Regan
      Kevin O'Regan
      Assistant U.S. Attorney

Date: July 25, 2006

<u>Certificate of Service</u>

July 25, 2006

I certify that I have caused to be served a copy of the foregoing document on Joseph Franco, Esq., counsel for Asif Mahmood.

<u>/s/ Kevin O'Regan</u>
Kevin O'Regan
Assistant U.S. Attorney