**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 06-1820

UNITED STATES

Appellant

v.

ASIF MAHMOOD

Defendant - Appellee

---

**JUDGMENT**

Entered: August 30, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

JULIE GREGG

By: _____
Operations Manager

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]
Deputy Clerk
Date: 6/30/06

[cc: Joseph A. Franco, Esq., Kevin O'Regan, AUSA, Dina Michael Chaitowitz, AUSA]