UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-30056-MAP |
| | ) |
| ASIF MAHMOOD, | ) |
| Defendant. | ) |

## DISMISSAL OF INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the Indictment charging Asif Mahmood with marriage fraud for the purpose of evading the immigration laws in violation of 8 U.S.C. § 1325(c). In support of this dismissal, the government states that in light of the suppression of the defendant's April 15, 2004, statements, the dismissal is in the interests of justice.

Respectfully submitted,

MICHAEL J. LOUCKS
Acting United States Attorney

By: _____ 9/14/6
LAURA J. KAPLAN, Chief
Violent & Organized Crime Section

Kevin O'Regan
Assistant U.S. Attorney

Leave to File Granted:

_____
Michael A. Ponsor
United States District Court